United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 15-24325-RAM
Jose Aurelio Vila                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: snipesj           Page 1 of 1              Date Rcvd: Aug 10, 2015
                              Form ID: CGFI4          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2015.
db             +Jose Aurelio Vila,    2225 NW 5th Street,    Miami, FL 33125-3326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2015 at the address(es) listed below:
      Carolina A Lombardi    on behalf of Debtor Jose Aurelio Vila CLombardi@legalservicesmiami.org,
       Sfreire@legalservicesmiami.org;pleadings@legalservicesmiami.org
      Nancy K. Neidich     e2c8f01@ch13herkert.com
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                TOTAL: 3

**CGFI4** (10/10/14)



**ORDERED in the Southern District of Florida on August 10, 2015**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15−24325−RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jose Aurelio Vila
2225 NW 5th Street
Miami, FL 33125

SSN: xxx−xx−5954

## ORDER ALLOWING INSTALLMENT PAYMENTS

    The Application to Pay Filing Fee in Installments has been reviewed by the clerk in accordance with Local Rule 1006−1(A). The debtor remitted at least one half the filing fee at the time of filing the petition. **ACCORDINGLY,**

    **IT IS ORDERED** that the debtor shall pay the balance of the filing fee $ **155.00** on or before **October 6, 2015**. Payment must be in cash, money order, cashier's or "official" check payable to "Clerk, United States Court", and delivered to: US Bankruptcy Court, 301 North Miami Avenue, Room 150, Miami, FL 33128.

    **IT IS FURTHER ORDERED** that until this filing fee is paid in full the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Absent further order of court, until this filing fee is paid in full, the debtor in a chapter 7 case will not receive a discharge and the debtor's plan in a chapter 13 case will be confirmed only on the condition that the chapter 13 plan provide for this filing fee to be paid in full immediately upon confirmation.

    **IT IS FURTHER ORDERED** that failure of the debtor to pay any filing fee installment by the due date will result in entry of a dismissal order without further notice.

*# # #*

The clerk shall serve a copy of this order on the Debtor, Trustee, and if applicable, Attorney for Debtor.