UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   15-24325-RAM

**Jose Aurelio Vila**
2225 NW 5th Street
Miami, FL 33125
    Debtor

_____/

TRUSTEE'S CERTIFICATE OF SERVICE
OF TRUSTEE'S NOTICE OF REQUIRED DOCUMENTS

Nancy K Neidich, Esquire, Chapter 13 Trustee,  served the:

1)  <u>Trustee's Notice of Required Documents,</u>

2)  <u>Debtor's Checklist for 341 Meeting of Creditors,</u>

3)  <u>Chapter 13 Meeting of Creditors Preparation Sheet,</u>

4)  <u>Chapter 13 Confirmation Preparation Sheet,</u>

5)  <u>National Data Center brochure</u>

    was served  by US Mail on the debtor(s) at the  above address and the debtor attorney (if any at the address below:

Carolina A Lombardi
3000 Biscayne Blvd # 500
Miami, FL 33137
(305) 438-2427

                                                                   Submitted by
                                                                   NANCY K. NEIDICH, ESQUIRE
                                                                   STANDING CHAPTER 13 TRUSTEE
                                                                   P.O. BOX 279806
                                                                   MIRAMAR, FL 33027
                                                                   (954)  443-4402