**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose Aurelio Vila     JOINT DEBTOR: _____     CASE NO.: 15-24325
Last Four Digits of SS# 5954     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___36___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

 A. $ 693.93 for months 1 to 36 ;
 B. $_____ for months _____ to _____ ;
 C. $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $____0____ TOTAL PAID $____0____
   Balance Due $_____ payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Provident Funding  Arrearage on Petition Date $ 31,068
Address: c/o Ira Scott SIlverman LLC Arrears Payment $ NA /month (Months _____ to _____)
 2900 West Cypress Creek Rd Suite 6 Regular Payment $ 630.85 /month (Months 1 to 36 )
 Fort Lauderdale FL 33309
Account No: 1120061843

2. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months _____ to _____)
 _____ Regular Payment $_____/month (Months _____ to _____)
Account No: _____

3. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months _____ to _____)
 _____ Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
   Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $_____/month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Jose Aurelio Vila
  Debtor

 August 21, 2015
  Date

LF-31 (rev. 01/08/10)